IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER LaCOURCIERE,

    Plaintiff,     JUDGMENT IN A CIVIL CASE

v.     Case No. 13-cv-616-wmc

TODD BENISCH, KIP R. KALSHEUR,
DAVID MAHONEY, MARCI ENLOE,
MARK SWEENEY, BRIAN MROCHEK,
R. FINCH, TIM MILAS, CHUCK
IMMEL, TOM STOLARCZYK, STEVEN
TOWNE, KRIS BOLDT, ISMAEL R.
OZANNE, BRIAN S. ASMUS, CARLOS
ESQUEDA, COUNTY OF DANE,
WISCONSIN, DANE COUNTY
SHERIFF'S OFFICE and DANE
COUNTY DISTRICT ATTORNEY'S
OFFICE,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Christopher LaCourciere's request for leave to proceed and dismissing this case with prejudice as legally frivolous.

    /s/                                                                                    12/17/2014

Peter Oppeneer, Clerk of Court                              Date