# UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
JAN 12 AM 10: 27
PETER OPPENEER
WESTERN DIST WISC

CHRISTOPHER W. LACOURCIERE,

                     **Plaintiff,**

      v.

TODD BENISCH, *et al.,*

                   **Defendants.**

Case No.: 13-cv-616-wmc

---

## NOTICE OF APPEAL

---

Notice is hereby given that Christopher W. LaCourciere, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment from an order dismissing with prejudice plaintiffs complaint made pursuant to 42 U.S.C. § 1983, entered in this action on 17th day of December, 2014.

                                    1-7-2015

                                Christopher W. LaCourciere 418728, Plaintiff
                                Wisconsin Secure Program Facility
                                P.O. Box 9900
                                Boscobel, Wisconsin 53805-0901